## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David Johnson,

        Plaintiff,        Civil No. 06-4873 (RHK/RLE)

vs.        **ORDER**

City of Hibbing, Jeffrey A. Young, individually
and in his official capacity as the City Clerk/
Treasurer for the City of Hibbing,

        Defendants.

---

        This matter is venued in the Fifth Division.

        All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: December 18, 2006

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge