UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| David Johnson, | Court File No. 06-4873 (RHK/RLE) |
| Plaintiff, | |
| v. | **ORDER FOR JUDGMENT** |
| City of Hibbing and Jeffrey A. Young, individually and in his official capacity as the City Clerk/Treasurer for the City of Hibbing, | |
| Defendants. | |

_____

Based upon the STIPULATION OF DISMISSAL WITH PREJUDICE having been presented to the Court on behalf of the above parties,

**IT IS HEREBY ORDERED** that the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated:   5/4 , 2007         s/Richard H. Kyle
                            Richard H. Kyle
                            Judge of District Court